# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:15-cr-27  **Date:** April 9, 2020

United States of America **vs.** Bryan Cornelius, et al.,

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Courtroom Deputy: | Court Reporter: | Law Clerk: |
|---|---|---|
| Rachel Stone | DCR | Michelle Gensheimer |

| Asst. U.S. Atty(s): | Probation Officer(s): | Atty(s) for Defendant(s): |
|---|---|---|
| Cynthia Davidson | Deno Cole (Sheadrick) | Molly Kincaid (Cornelius) |
| | S. McGrath (Thompson) | Forrest Wallace (Whittenberg) |
| | M. McGovern (Williams) | Donny Young (Anderson) |
| | Joe Fanduzz (Wright) | Jamie Hughes (Badgett) |
| | M. Cabage (Woody) | Francis Lloyd (Bassett) |
| | | Scott Saidak (Brown) |
| | | John Barnes (Chatman) |
| | | Jonathan Wood (Freeman) |
| | | Wes Stone (Fugate) |
| | | Rachel Wolf (Johnson) |

**Others Present:**

Robert Kurtz (Littlejohn)   Jeremy Karpel (Michnowicz)
Chris Rodgers (Locke)   Ruth Ellis (Moulden)
Scott Lanzon (Mobley)   Tommy Hindman (Payne)

**Proceedings:**

The Court heard from all counsel regarding the pending motions to continue. No counsel had an objection to a continuance in this matter. The Court continued this matter as noted below:

**Dates set at this hearing:**
- ☑ **Jury Trial:** November 3, 2020 at 9:00 a.m.
- ☑ **Pretrial Conf.:** October 20, 2020 at 10:00 a.m.
- ☐ **Detention Hrng.:**
- ☑ **Motion Hrng:** July 17, 2020 at 1:30 p.m.
- ☐ **Status Conf:**

**Deadlines set at this hearing:**
- ☐ **Discovery DDL:**
- ☑ **Motion Cut-Off:** June 12
- ☑ **Response to Mtns:** June 26
- ☑ **Reciprocal Disc.:** Oct 6
- ☑ **Plea DDL:** Oct 6

☐ Defendant remanded to custody.   ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 2:00 p.m.   **to** 2:45 p.m.

⦿ I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 3-19-cr-220 _ 20200410 _ 132632