# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3B

**Case #:** 3:19-cr-220  **Date:** January 11, 2021

United States of America  **vs.**  Bryan Cornelius, et al.,

**Present Before:** Honorable Debra C. Poplin, United States Magistrate Judge

| **Courtroom Deputy:** | **Court Reporter:** | **Law Clerk:** |
|---|---|---|
| Rachel Stone | DCR | Jimmy Snodgrass |

| **Asst. U.S. Atty(s):** | **Probation Officer(s):** | **Atty(s) for Defendant(s):** |
|---|---|---|
| Cynthia Davidson | | Norman McKellar (Cornelius) |
| | | Forrest Wallace (Whittenberg) |
| | | Corey Shipley (Anderson) |
| | | Troy Jones (Badgett) |
| | | Francis Lloyd, Jr. (Bassett) |
| | | Wesley Stone (Fugate) |
| **Others Present:** | | Tim Baldridge (Payne) |
| | | Stephen McGrath (Thompson) |
| | | Michael McGovern (Williams) |
| | | Joseph Fanduzz (Wright) |

**Proceedings:**

The parties appeared before the Court for a hearing to address the Court's new standing order regarding jury trials. The parties were in agreement to move the trial of this matter to August 3, 2021. The Court set a new Pretrial Conference for July 20, 2021 at 10:30 a.m. The Court also set a new plea deadline to July 2, 2021.

| **Dates set at this hearing:** | **Deadlines set at this hearing:** |
|---|---|
| ☐ Jury Trial: | ☐ Discovery DDL: |
| ☐ Pretrial Conf.: | ☐ Motion Cut-Off: |
| ☐ Detention Hrng.: | ☐ Response to Mtns: |
| ☐ Motion Hrng: | ☐ Reciprocal Disc.: |
| ☐ Status Conf: | ☐ Plea DDL: |

☐ Defendant remanded to custody.  ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 11:00 am  **to** 11:35 am

◉ I, Rachel Stone, **Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.**
**Knox-DCR_ 319cr220 _ 20210111 _ 103457**