UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
) CASE NO. 3:19-CR-220
v. )
) JUDGE VARLAN
DARREN PAYNE )

## NOTICE OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the United States Attorney for the Eastern

District of Tennessee, hereby files this Notice of No Objection to the Presentence Investigation

Report and states as follows:

After having reviewed in full the Presentence Investigation Report prepared by Karen L.

Calhoun, United States Probation Officer, the United States has no objection to the Presentence

Investigation Report as prepared.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By:     *s/ Cynthia F. Davidson*
        CYNTHIA F. DAVIDSON
        Assistant United States Attorney
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        (865) 545-4167
        cynthia.davidson@usdoj.gov
        TN BPR #016099