# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | | |
| | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:19-CR-220 |
| | ) | | Judge Thomas A. Varlan |
| | ) | | |
| **DARREN PAYNE** | ) | | |

## NOTICE OF NO OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

The defendant, Darren Payne, by and through undersigned counsel, hereby files this Notice of No Objections to the Presentence Investigation Report. Having reviewed in full the Presentence Investigation Report prepared by the United States Probation Office, Mr. Payne has no objection to the Report as filed with the Court.

Respectfully submitted,

s/Marcos M. Garza (by perm. TMC)
Marcos M. Garza, BPR # 021483
Daniel B. Morrell, BPR # 34365
Dominic A. Gardo, BPR # 038518
Daniel T. Woodard, BPR # 039575
GARZA LAW FIRM, PLLC
550 West Main Street, Suite 340
Knoxville, Tennessee 37902
(865) 540-8300, Fax: (865) 474-9397
info@garzalaw.com

s/Tyler M. Caviness
Tyler M. Caviness, BPR # 036273
THE LAW OFFICE OF TYLER M. CAVINESS
606 W Main Street, Suite 250
Knoxville, TN 37902
(865) 936-9499, Fax: (865) 936-9015
tyler@tylermcavinesslaw.com
*Attorneys for Mr. Payne*