# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:19-CR-220 |
| | ) | | Judge Thomas A. Varlan |
| | ) | | |
| DARREN PAYNE | ) | | |

## LETTERS OF SUPPORT FILED AS SUPPLEMENT TO SENTENCING MEMORANDUM SUBMITTED ON BEHALF OF DARREN PAYNE

The defendant, Darren Payne, through counsel, respectfully submits the attached letters as a supplement to the Sentencing Memorandum filed by Mr. Payne on June 17, 2022. For the Court's consideration are letters from Jason Eble, Reverend Willie J. Gallaher, Amy B. Hall, Kristin Peddicord, and Teresa McCluen.

Respectfully submitted,

s/Marcos M. Garza
Marcos M. Garza, BPR # 021483
Daniel B. Morrell, BPR # 34365
Dominic A. Gardo, BPR # 038518
Daniel T. Woodard, BPR # 039575
GARZA LAW FIRM, PLLC
550 West Main Street, Suite 340
Knoxville, Tennessee 37902
(865) 540-8300, Fax: (865) 474-9397
info@garzalaw.com

s/Tyler M. Caviness
Tyler M. Caviness, BPR # 036273
STEPHENS, DIRADO & CAVINESS, LLP
606 W Main Street, Suite 250
Knoxville, TN 37902
(865) 545-0909, Fax: (865) 545-0902
tyler@sdclaw.com
*Attorneys for Mr. Payne*

1

## CERTIFICATE OF SERVICE

I, Tyler M. Caviness, attorney for Darren Payne, hereby certify that a copy of the foregoing was filed electronically on August 14, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this document through the Court's electronic filing system.

This the 14th day of August, 2022.

                                                        s/ Tyler M. Caviness
                                                        TYLER M. CAVINESS