April 14th, 2022

The Honorable Thomas A. Varlan

Your Honor:

My name is Kristin Peddicord. Darren Payne is my first cousin. I grew up with him, and our family is very close. He was like a brother to me. Anything Darren did, I wanted to do. He collected baseball cards, I collected them. He played basketball, I wanted to play basketball. He was the best cousin to look up to. He was at church every Sunday.

When we grew up, Darren turned into a great father and husband. A college graduate, he coached ball and he was very involved with his kids. He was a great leader in the community that people looked up to.

All it took was one wrong influence to turn him into making wrong decisions. That one crowd changed the course of his life. It truly broke my heart to see Darren this way. That is NOT who he is. This current situation is NOT the Darren we all know and love.

I wish you knew the Darren I know. The Darren I know is kind, caring, understanding, and so smart. The Darren I know loves sports, and loves his family hard. The Darren I know is not the Darren that will soon stand before you.

Darren hasn't even got to meet my newest baby boy. He has missed so much that our family has to offer. His children need him, the father figure that I have seen him be.

Please your Honor, show grace to Darren! I am begging you. His mom and dad have sacrificed so much for him. I promise once he is home that I will do all that I can do to keep him like the Darren that we all know. I will not let his life be defined by this.

Just like that one influence changed his life, you have the power and influence to change his life back for the better by letting him come home. I beg you to show mercy.

Thank you for reading this. I really appreciate your time.

Kristin Peddicord